UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, et al.<br><br>Plaintiffs<br><br>v.<br><br>MARK T. COMBS<br>d/b/a MARYLAND FIRE PROTECTION, et al.<br><br>Defendants | *<br>*<br>*<br>*  Civil Action No.: S02CV2598<br>*<br>* |

* * * * * * * * * * * * *

## SUGGESTION OF BANKRUPTCY

Sir/Madam Clerk:

Please note that Defendant, Mark T. Combs, filed a Petition in Bankruptcy under Chapter 7 of the U.S. Bankruptcy Code on July 8, 2003. Case Number 03-80439 has been assigned to this case.

Accordingly, all further action in this case should be STAYED pursuant to the Order of the Bankruptcy Court therein.

_____/s/_____
David Daneman
Bishop, Daneman & Simpson, LLC
2 North Charles Street, Suite 500
Baltimore, Maryland   21201
(410) 385-5383
Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 8th day of July, 2003, that a copy of the foregoing Suggestion of Bankruptcy was mailed via first class mail, postage prepaid, to Charles W. Gilligan, Esquire, O'Donoghue & O'Donoghue, 4748 Wisconsin Avenue, N.W., Washington, DC 20016, Attorney for Plaintiffs.

_____/s/_____
David Daneman

T:\DD\COMBS,MARK\Suggestion-TrusteesNASIWF,et.al.wpd

T:\DD\COMBS,MARK\Suggestion-TrusteesNASIWF,et.al.wpd